# EXHIBIT B

Filed with the Court

APR 07 2016

Paula T. Dow, P.J.Ch.

PREPARED BY THE COURT

| | |
|---|---|
| RICHARD STANHOPE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., PNC BANK,<br>N.A., DEBORAH and HARRY FRAKE,<br>III, ET AL.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>BURLINGTON COUNTY<br><br>DOCKET NO. C-110-14<br><br>CIVIL ACTION<br><br>CASE MANAGEMENT ORDER |

THIS MATTER having come before the Court by way of Case Management on April 7, 2016,

with Plaintiff Richard Stanhope being represented by Lisa Buckalew, Esq. and Richard Kim, Esq.;

Defendant, Bank of America, being represented by Siobhan E. Moran, Esquire; and Defendants

Deborah and Harry Frake not appearing and for good cause shown;

IT IS ON THIS 7th day of April, 2016 ORDERED that:

1. All dispositive motions regarding claims against Defendants Deborah and Harry Frake
   shall be filed on or before <u>April 29, 2016;</u>

2. Mediation is ordered to be conducted in this case between Plaintiff and Defendant Bank
   of America, to be completed by <u>April 29, 2016</u>. Mediation is to proceed in tandem
   with ongoing discovery. Discovery deadlines will not be extended due to mediation
   discussions;

3. Counsel for Plaintiff and Defendant Bank of America are ordered to meet and confer
   by <u>April 13, 2016</u> to discuss any outstanding discovery disputes, selection of a
   mediator, and any other pertinent issues;

4. Counsel for Plaintiff and Defendant Bank of America shall report back to the Court by
   <u>April 14, 2016</u> via joint letter as to the outcome of discussions;

5. Counsel for Plaintiff and Defendant Bank of America are to notify the Court of a
   mutually agreed upon mediator within their <u>April 14, 2016</u> letter;

6. Alternatively, if no mediator can be agreed upon, counsel for Plaintiff and Defendant Bank of America shall provide the Court with 2 possible Mediators who are ready and able to provide mediation services and the Court shall make a selection of its own choosing;

7. There will be no further adjournments or delays of the trial date.  Trial remains scheduled for June 6, 2016 at 9:00 a.m.

8. A pretrial conference remains scheduled for May 4, 2016 at 9:00 a.m.


IT IS FURTHER ORDERED that a copy of this order shall be served upon all appearing parties within seven days of its receipt.

Hon. Paula T. Dow, P.J.Ch.

May. 24. 2016 10:55AM   File No. 0737   P. 1/11

MAR 21 2016

Paula T. Dow, P.J.Ch.

DANIEL M. ROSENBERG &
ASSOCIATES, LLC
Daniel M. Rosenberg, Esquire
Attorney Identification No.: 015522003
141 High Street
Mount Holly, New Jersey 08060
(609) 216-7400 (telephone)
(609) 207-3767 (facsimile)
www.danielmrosenberg.com

THE KIM LAW FIRM, LLC
Richard H. Kim, Esquire
Lisa A. Buckalew, Esquire
Attorney I.D. Nos.: 010412005/021231996
911 Arch St., Suite 101
Philadelphia, Pa 19107
(855) 996-6342 (telephone)
(855) 235-5855 (facsimile)
rkim@thekimlawfirmllc.com
lbuckalew@thekimlawfirmllc.com

Attorneys for Plaintiff, Richard Stanhope

| | |
|---|---|
| Richard Stanhope | SUPERIOR COURT OF NEW JERSEY |
| | CHANCERY DIVISION |
| Plaintiff, | BURLINGTON COUNTY |
| | |
| v. | DOCKET NO.: C-110-14 |
| | |
| Bank of America, N.A., Deborah Carter | CIVIL ACTION |
| Frake, Harry Frake, III, John and Jane Doe | |
| 1-5, AND ABC Corps, 1-5, | **ORDER GRANTING: (1) PLAINTIFF'S** |
| | **MOTION TO COMPEL DISCOVERY &** |
| | **MORE SPECIFIC ANSWERS TO** |
| Defendants. | **INTERROGATORIES FROM** |
| | **DEFENDANT BANK OF AMERICA.,** |
| | **N.A.; AND (2) SANCTIONS AGAINST** |
| | **BANK OF AMERICA, N.A.** |

This matter having been brought before the Court upon Motion filed by The Kim Law

Firm, LLC, on behalf of Plaintiff Richard Stanhope, to Compel Discovery and More Specific

Answers to Interrogatories From Defendant Bank of America, N.A. ("Bank of America") and the

Court having reviewed all papers submitted, and the opposition, if any, by Defendant Bank of

America, N.A.:

IT IS on this _21st_ day of _March_, 2016, **ORDERED** that:

1.    Within seven (7) days from the date of this Order, Defendant Bank of America,

N.A. shall provide full and complete answers, without objections, to Plaintiff's

Interrogatories numbers 2,4,5, 18 20 25, 26, 29, 30 33, 43 44, 49, 52, and 53
~~2, 4, 5, 18 20 25, 26, 29, 30 33, 43 44, 49, 52, and 53~~ *2, 4, 5, 26, 30, 31, 33, 34, 36, 45, 46, 49, 52 and 53*

as requested in Plaintiff's letter to Bank of America, N.A. dated December 11,

2015.

*(or of receipt of a signed Confidentiality Agreement)*

2.    **A.** Within seven (7) days from the date of this Order, Defendant Bank of America,

N.A. shall provide supplemental responses and all documents requested in

Plaintiff's First Request for Production of Documents numbers ~~3, 4, 6, 7, 9, 12,~~ *3, 4, 12, 14, 15,*
*22, 27, 28 and 29*
~~14, 15, 22, 23, 26, 27, 28, and 29,~~ as requested in Plaintiff's letter to Bank of

America, N.A. dated December 11, 2015, *and*

**B.** *Plaintiff is Ordered to sign a Confidentiality Agreement regarding certain of Defendant Bank of America's records sought herein.*

3.    Within seven (7) days from the date of this Order, Defendant Bank of America,

N.A. shall provide a certification of completeness pursuant to *R.* 4:18-1(c)

regarding Defendant Bank of America, N.A.'s document production;

4.    ~~Defendant Bank of America, N.A. is sanctioned and precluded from introducing~~

any evidence now, or at the time of trial, that contradicts that a $1,000 withdrawal

~~limit was in place for Plaintiff's checking account;~~

*DENIED (#4) without prejudice*

5.    ~~Defendant Bank of America, N.A. is sanctioned and precluded from introducing~~

any evidence contradicting that it had a $10,000 transfer limit in place between

~~Mr. Stanhope's checking and savings accounts;~~

*DENIED (#5) without prejudice*

6. ~~Defendant Bank of America, N.A. is sanctioned and precluded from introducing~~
~~any evidence contradicting the existence of fraud reimbursement/protection~~
~~polices being in place for Plaintiff's checking and savings account;~~

*DENIED (w/o) without prejudice*

7. Defendant Bank of America, N.A. is sanctioned and must provide Plaintiff's
counsel ~~with their~~ *to be determined* attorneys' fees; and

*10.* Plaintiff's counsel shall serve this Order upon Bank of America, N.A's counsel
within five (5) days of the date of receipt of this Order.

Paula T. Dow, J.S.C.

X  Opposed

___  Unopposed

8. Plaintiff is Ordered to supply *(and serve)* a certification of fees and costs within 14 days of this Order.

9. A Case Management Conference ~~will~~ will be held on April 7, 2016 at 10:30 a.m. Defendant Bank of America is directed to appear in person with a representative of the client Bank attending.

5166785561          Moran Karamouzis LLP                                            03:59:07 p.m.   2016-03-16      2/4

**Filed with the Court**

**MAR 07 2016**

**Paula T. Dow, P.J.Ch.**

ID No.: 023791987
Slobhan E. Moran, Esq.
**MORAN • KARAMOUZIS LLP**
265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570
(516) 678-6660
(516) 678-6661

Attorneys for Plaintiff Bank of America, N.A.

---

RICHARD STANHOPE,

                                                 **Plaintiff,**

          -against-

BANK OF AMERICA, N.A., PNC BANK, N.A.,
DEBORAH and HARRY FRAKE, III, et al,

                                     **Defendants,**

---

**SUPERIOR COURT OF NEW JERSEY
BURLINGTON COUNTY
CHANCERY DIVISION**

**CIVIL DIVISION**

**DOCKET NO.: C-110-14**

**ORDER**

---

      THIS MATTER having been opened to the Court by Slobhan E. Moran of Moran •

Karamouzis, LLP, an attorney admitted to the practice of law in the State of New Jersey, to

participate with other counsel for Bank of America, N.A. in all phases of trial, and it appearing

that Marc T. Parrino is a licensed attorney in good standing in the State of Florida, and it

appearing that Marc T. Parrino has a longstanding attorney-client relationship with Bank of

America, N.A. and a background in, knowledge of and experience in legal issues similar to those

present in this matter;

      The Court having considered the papers and arguments of counsel and for good cause

shown;

      IT IS on this 7th day of _March_ , 2016

5166786661          Moran Karamouzis LLP                    03:59:23 p.m.   2016-03-16      3/4

**ORDERED** that The Motion is granted and Marc T. Parrino be and here by is admitted *Pro Hac Vice* and is authorized to appear and participate with other counsel for Bank of America, N.A. in all phases of the trial subject to the following conditions:

1. Marc T. Parrino shall abide by the New Jersey Court Rules including all disciplinary rules, R. 1:20-1 and R. 1:28-2.

2. Marc T. Parrino shall, and hereby does, consent to the appointment of the clerk of the Supreme Court as his/her agent upon whom service of process may be made for all actions against him or his firm that may arise out of his participation in this matter.

3. Marc T. Parrino shall immediately notify the court of any matter affecting his standing at the Bar of any other jurisdiction.

4. Marc T. Parrino shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorney admitted herein.

5. Marc T. Parrino cannot be designated as trial counsel.

6. No discovery, motion, trial or any other proceeding delay shall occur or be requested by reason of the inability of Marc T. Parrino to be in attendance.

7. Marc T. Parrino must, with ten (10) days, pay the fees required by R. 1:20-1(b) and R.1:28-2 and submit an affidavit of compliance.

8. *Pro Hac Vice* admission will automatically terminate for failure to make the initial and any payment required by R. 1:20-1(b) and R1:28-2.

9. Non-compliance with any of the terms of this order shall constitute ground for removal.

2

5166786661          Moran Karamouzls LLP                    03:59:42 p.m.   2016-03-16      4/4

10. A copy of this order shall be served on all parties within seven (7) days of the date

hereof.

_____

Hon. Paula Dow, J.S.C

This motion was opposed _____ /unopposed  X  .

DANIEL M. ROSENBERG &
ASSOCIATES, LLC
Daniel M. Rosenberg, Esquire
Attorney Identification No.: 015522003
141 High Street
Mount Holly, New Jersey 08060
(609) 216-7400 (telephone)
(609) 207-3767 (facsimile)
www.danielmrosenberg.com

THE KIM LAW FIRM, LLC
Richard H. Kim, Esquire
Lisa A. Buckalew, Esquire
Attorney I.D. Nos.: 010412005/021231996
911 Arch St., Suite 101
Philadelphia, Pa 19107
(855) 996-6342 (telephone)
(855) 235-5855 (facsimile)
rkim@thekimlawfirmllc.com
lbuckalew@thekimlawfirmllc.com

Attorneys for Plaintiff, Richard Stanhope



| | |
|---|---|
| Richard Stanhope | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | CHANCERY DIVISION |
| | BURLINGTON COUNTY |
| v. | |
| | DOCKET NO.: C-110-14 |
| Bank of America, N.A., Deborah Carter Frake, Harry Frake, III, John and Jane Doe 1-5, AND ABC Corps, 1-5. | CIVIL ACTION |
| | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT |
| Defendants. | |

This matter having been brought before the Court upon Motion filed by The Kim Law Firm, LLC, on behalf of Plaintiff Richard Stanhope, for Leave to File a Third Amended Complaint ("Motion"), and the Court having reviewed all papers submitted, and the opposition, if any, by Defendants:

IT IS on this ___7th___ day of ___March___, 2016, ORDERED that:

Mar. 14. 2016 9:04AM                                    No. 0676    P. 2/2

1.   Plaintiff is granted leave to file a Third Amended Complaint, in the same
     form attached to the Motion.

2.   The Third Amended Complaint shall be filed and served upon defendants
     within seven (7) days of the Movant's receipt of this Order.

3.   Plaintiff's counsel shall serve this Order upon Bank of America's counsel
     within seven (7) days of the date of receipt of this Order.

_Paula T. Dow,_ J.S.C.

_____ Opposed
  X   Unopposed

RECEIVED

MAR 14 2016

DANIEL M. ROSENBERG

ID No.: 023791987
Siobhan E. Moran, Esq.
MORAN • KARAMOUZIS LLP
265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570
(516) 678-6660
(516) 678-6661

Filed with the Court

MAR 07 2016

Paula T. Dow, P.J.Ch.

Attorneys for Plaintiff Bank of America, N.A.

_____x

RICHARD STANHOPE,

                              **Plaintiff,**

        -against-

BANK OF AMERICA, N.A., PNC BANK, N.A.,
DEBORAH and HARRY FRAKE, III, et al,

                         **Defendants,**

_____x

SUPERIOR COURT OF NEW JERSEY
BURLINGTON COUNTY
CHANCERY DIVISION

CIVIL DIVISION

DOCKET NO.: C-110-14

<u>ORDER</u>

      **THIS MATTER** having been opened to the Court by Siobhan E. Moran of Moran •

Karamouzis, LLP, an attorney admitted to the practice of law in the State of New Jersey, to

participate with other counsel for Bank of America, N.A. in all phases of trial, and it appearing

that Sahily Serradet is a licensed attorney in good standing in the State of Florida, and it

appearing that Sahily Serradet has a longstanding attorney-client relationship with Bank of

America, N.A. and a background in, knowledge of an experience in legal issues similar to those

present in this matter;

      The Court having considered the papers and arguments of counsel and for good cause

shown;

      IT IS on this _7th_ day of _March_, 2016



**ORDERED** that The Motion is granted and Sahily Serradet be and here by is admitted *Pro Hac Vice* and is authorized to appear and participate with other counsel for Bank of America, N.A. in all phases of the trial subject to the following conditions:

1. Sahily Serradet shall abide by the New Jersey Court Rules including all disciplinary rules, *R.* 1:20-1 and *R.* 1:28-2.

2. Sahily Serradet shall, and hereby does, consent to the appointment of the clerk of the Supreme Court as his/her agent upon whom service of process may be made for all actions against him or his firm that may arise out of his participation in this matter.

3. Sahily Serradet shall immediately notify the court of any matter affecting his standing at the Bar of any other jurisdiction.

4. Sahily Serradet shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for them, the conduct of the litigation and the attorney admitted herein.

5. Sahily Serradet cannot be designated as trial counsel.

6. No discovery, motion, trial or any other proceeding delay shall occur or be requested by reason of the inability of Sahily Serradet to be in attendance.

7. Sahily Serradet must, with ten (10) days, pay the fees required by *R.* 1:20-1(b) and *R.*1:28-2 and submit an affidavit of compliance.

8. *Pro Hac Vice* admission will automatically terminate for failure to make the initial and any payment required by *R.* 1:20-1(b) and *R*1:28-2.

9. Non-compliance with any of the terms of this order shall constitute ground for removal.

2

10. A copy of this order shall be served on all parties within seven (7) days of the date hereof.

_____
Hon. Paula Dow, J.S.C

This motion was opposed _____/unopposed __X__.

Filed With The Court

FEB 08 2016

Paula T. Dow, J.S.C.

DANIEL M. ROSENBERG & ASSOCIATES, LLC
Daniel M. Rosenberg, Esquire
Attorney Identification No.: 015522003
141 High Street
Mount Holly, New Jersey 08060
(609) 216-7400 (telephone)
(609) 207-3767 (facsimile)
www.danielmrosenberg.com

Attorneys for Plaintiff, Richard Stanhope

THE KIM LAW FIRM, LLC
Richard H. Kim, Esquire
Lisa Buckalew, Esquire
Attorney Identification No.: 010412005/021231199
911 Arch St., Suite 101
Philadelphia, Pa 19107
(855) 996-6342 (telephone)
(855) 235-5855 (facsimile)
rkim@thekimlawfirmllc.com

| | |
|---|---|
| Richard Stanhope, | SUPERIOR COURT OF NEW JERSEY |
| | CHANCERY DIVISION |
| Plaintiff, | BURLINGTON COUNTY |
| | CASE NO.: C-110-14 |
| v. | |
| | CIVIL ACTION |
| Bank of America, N.A., PNC Bank, N.A., | |
| Deborah Carter Frake, Harry Frake, III, John and | |
| Jane Doe 1-5, AND ABC Corps, 1-5. | ORDER AMENDING THE COURT'S |
| | DECEMBER 28, 2015 ORDER TO |
| | ALLOW PLAINTIFF TO PROCEED |
| Defendants. | WITH COUNT 6 HIS COMPLAINT |

DENIED

This matter being brought before the Court upon Motion of The Kim Law Firm, LLC, and Daniel M. Rosenberg & Associates, LLC, the Court having reviewed all papers submitted to the Court, and arguments of the parties, if any:

IT IS on this _8th_ day of _February_, 2016,

*Plaintiff's motion for reconsideration requesting*

**IT IS ORDERED** that the Court's Order of December 28, 2015 be amended to allow

Plaintiff to proceed with Count 6 of his Verified Second Amended Complaint asserting a claim

against Bank of America, N.A. for violating the New Jersey Consumer Fraud Act; and *is DENIED*

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon counsel for

all parties within _____7_____ days of its receipt by counsel for the Plaintiff.

THE HONORABLE PAULA T. DOW, P.J.CH.

Feb. 2. 2016  2:40PM                                       No. 0439   P. 1/1
                                                     Filed with the Court

                                                     JAN 2 5 2016

                                                     Paula Dow, J.S.C.

PREPARED BY THE COURT

| | |
|---|---|
| RICHARD STANHOPE, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., PNC BANK, N.A., DEBORAH and HARRY FRAKE, III, ET AL., <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION <br> BURLINGTON COUNTY <br><br> DOCKET NO. C-110-14 <br><br> CIVIL ACTION <br><br> ORDER |

THIS MATTER having come before the Court by way of Plaintiff's Motion to Compel
Discovery, with Plaintiff Richard Stanhope being represented by Lisa Duckalew, Esquire;
Defendant, Bank of America, being represented by Siobhan E. Moran, Esquire, not appearing, but
submitting papers; and Defendants Deborah and Harry Frake not appearing and for good cause
shown;

IT IS ON THIS 25th day of January, 2016 ORDERED that:

1. Plaintiff's motion to compel discovery is RESERVED, pending further discussion
   between the parties;

2. Lead counsel for Plaintiff and Defendant Bank of America are ORDERED to meet and
   confer by **February 3, 2016** in an effort to settle the current discovery dispute;

3. Plaintiff's counsel is to notify the Court by letter, not to exceed 3 pages in length, by
   part, or to notify the Court of failure of the discussions, in which case the Court shall
   rule on the pending motion without further briefing or oral argument.

IT IS FURTHER ORDERED that a copy of this order shall be served upon all appearing parties
within seven days of its receipt.

                                           Hon. Paula T. Dow, P.J.Ch.

Feb. 2. 2016  2:41PM                                             No. 0439   P. 1/1

Filed with the Court

JAN 25 2016

PREPARED BY THE COURT

| | |
|---|---|
| RICHARD STANHOPE, | **CHANCERY DIVISION** |
| | **BURLINGTON COUNTY** |
| Plaintiff, | |
| | |
| v. | **DOCKET NO. C-110-14** |
| | |
| BANK OF AMERICA, N.A., PNC BANK, N.A., DEBORAH and HARRY FRAKE, III, ET AL., | **CIVIL ACTION** |
| | |
| Defendants. | **ORDER** |

**THIS MATTER** having come before the Court by way of Plaintiff's Motion to Compel Discovery, with Plaintiff Richard Stanhope being represented by Lisa Buckalew, Esquire; Defendant, Bank of America, being represented by Siobhan E. Moran, Esquire, not appearing, but submitting papers; and Defendants Deborah and Harry Frake not appearing and for good cause shown;

**IT IS ON THIS 25th day of January, 2016 ORDERED that:**

1. Plaintiff's motion to compel discovery is RESERVED, pending further discussion between the parties;

2. Lead counsel for Plaintiff and Defendant Bank of America are ORDERED to meet and confer by **February 3, 2016** in an effort to settle the current discovery dispute;

3. Plaintiff's counsel is to notify the Court by letter, not to exceed 2 pages in length, by **February 6, 2016**, to either withdraw their motion to compel discovery in full or in part, or to notify the Court of failure of the discussions, in which case the Court shall rule on the pending motion without further briefing or oral argument.

IT IS FURTHER ORDERED that a copy of this order shall be served upon all appearing parties within seven days of its receipt.

Hon. Paula T. Dow, P.J.Ch.

Filed With The Court

DEC 28 2015

Paula T. Dow, J.S.C.

ID No.: 023791987
Siobhan E. Moran, Esq.
**MORAN • KARAMOUZIS LLP**
265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570
(516) 678-6660
(516) 678-6661

Attorneys for Plaintiff Bank of America, N.A.

---

| | |
|---|---|
| RICHARD STANHOPE, | **SUPERIOR COURT OF NEW JER!** |
| | **BURLINGTON COUNTY** |
| **Plaintiff,** | **CHANCERY DIVISION** |
| -against- | |
| | **CIVIL DIVISION** |
| BANK OF AMERICA, N.A., PNC BANK, N.A., | |
| DEBORAH and HARRY FRAKE, III, et al, | **DOCKET NO.: C-110-14** |
| | |
| **Defendants,** | **ORDER** |

---

**THIS MATTER** having been opened to the Court by Siobhan E. Moran of Moran •

Karamouzis, LLP counsel for Defendant Bank of America, N.A., seeking an Order dismissing

Plaintiff's Complaint, dated September 24, 2015, as against Bank of America, pursuant to New

Jersey Court Rule 4:6-2 (e) for failure to state a claim upon which relief can be granted; and

The Court having considered the papers and arguments of counsel and for good cause

shown,

IT IS on this 28TH day of _December_, 2015;

_(as to Count 6)_

**ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice as to Bank of

America, N.A.: _and_ _FURTHER ORDERED that Defendant Bank of_

ENTERED ON AC946

America's motion to dismiss Counts 2 through 5
of Plaintiff's Complaint is DENIED

Paula   T.   Dow   ,J.S.C

Paula T. Dow, P.J. Ch.

This motion was opposed ___X___ /unopposed _____.

Filed With The Court

DEC 28 2015

PREPARED BY THE COURT

Paula T. Dow, J.S.C.

| | |
|---|---|
| RICHARD STANHOPE, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., PNC BANK, N.A., DEBORAH and HARRY FRAKE, III, ET AL., <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION <br> BURLINGTON COUNTY <br><br> DOCKET NO. C-110-14 <br><br> CIVIL ACTION <br><br> CASE MANAGEMENT ORDER |

**THIS MATTER** having come before the Court by way of Case Management on December 8, 2015, with Plaintiff Richard Stanhope being represented by Lisa Buckalew, Esquire; Defendant, Bank of America, being represented by Siobhan E. Moran, Esquire; and Defendants Deborah and Harry Frake not appearing and for good cause shown;

IT IS ON THIS _28_ᵗʰ day of December, 2015 **ORDERED** that:

1. All written discovery requests (document requests and interrogatories) shall be propounded and responded to by February 1, 2016,

2. Designations of expert witnesses must be submitted by February 1, 2016.

3. All depositions of fact witnesses and expert witnesses, if any, shall be completed by April 1, 2016.

4. A case management conference is scheduled for _March 30, 2016_

5. The parties shall file any dispositive motions herein by _April 15_, 2016.

6. All pre-trial submissions, including but not limited to, pre-trial memoranda, witness lists, pre-marked exhibits, and anticipated number of trial dates are to be submitted to the Court, with a courtesy copy to your adversary, on or before _May 29, 2016._

7. A Pre-Trial Conference in this matter is scheduled for _May 4, 2016_

8. This matter is scheduled for trial on **June 6, 2016, at 9:00 AM**. Please note that the case can be called for trial anytime during the week of June 6th.



**IT IS FURTHER ORDERED** that a copy of this order shall be served upon all appearing parties within seven days of its receipt.

Hon. Paula T. Dow, P.J.Ch.

JUDGE SUTER          Fax:609-518-2599          Nov 17 2015  10:14      P.02

Filed With The Court

NOV 16 2015

Paula T. Dow, J.S.C.

**PREPARED BY THE COURT**

| | |
|---|---|
| RICHARD STANHOPE, <br><br> **Plaintiff,** <br><br> v. <br><br> BANK OF AMERICA, N.A., PNC BANK, N.A., DEBORAH CARTER FRAKE, HARRY FRAKE, III, JOHN AND JANE DOE 1-5, AND ABC CORPS, 1-5, <br><br> **Defendants.** | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION <br> BURLINGTON COUNTY <br><br> DOCKET NO. C-110-14 <br><br> CIVIL ACTION <br><br> CASE MANAGEMENT ORDER |

**THIS MATTER** having come before the Court, Plaintiff being represented by Daniel E. Rosenberg, Esquire and Defendants being represented by Siobhan E. Moran, Esquire and for good cause shown;

**IT IS ON THIS** 16th day of November, 2015 **ORDERED** that:

1. A case management conference is scheduled for December 8, 2015, at 9:00 AM.  Please mark your calendars accordingly.

**IT IS FURTHER ORDERED** that a copy of this order shall be served upon all appearing parties within seven days of its receipt.

Hon. Paula T. Dow, P.J.Ch.