Attorneys for Plaintiff, Richard Stanhope

DANIEL M. ROSENBERG &
ASSOCIATES, LLC
Daniel M. Rosenberg, Esquire
Attorney Identification No.: 015522003
141 High Street
Mount Holly, New Jersey 08060
(609) 216-7400 (telephone)
(609) 207-3767 (facsimile)
www.danielmrosenberg.com

THE KIM LAW FIRM, LLC
Richard H. Kim, Esquire
Lisa A. Buckalew, Esquire
Attorney I.D. Nos.: 010412005/021231996
911 Arch St., Suite 101
Philadelphia, Pa 19107
(855) 996-6342 (telephone)
(855) 235-5855 (facsimile)
rkim@thekimlawfirmllc.com
lbuckalew@thekimlawfirmllc.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Richard Stanhope | C.A. No. 1:16-cv-02040 NLH-JS |
| Plaintiff, | |
| v. | |
| Bank of America, N.A., Deborah Carter Frake, Harry Frake, III, John and Jane Doe 1-5, AND ABC Corps, 1-5. | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF RICHARD STANHOPE AND DEFENDANT BANK OF AMERICA**

IT IS HEREBY STIPULATED AND AGREED, through their undersigned attorneys, that all claims between Plaintiff Richard Stanhope and Defendant Bank of America, N.A, be and are hereby dismissed, with prejudice and without costs to either party against the other, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

| THE KIM LAW FIRM, LLC | MORAN KARAMOUZIS LLP |
|---|---|
| Richard H. Kim, Esquire<br>911 Arch St., Suite 101<br>Philadelphia, PA 19107 | Siobhan Moran, Esquire<br>265 Sunrise Highway, Suite 61<br>Rockville Centre, New York 11570 |
| *Attorneys for Plaintiff*<br>*Richard Stanhope* | *Attorneys for Defendant*<br>*Bank of America, N.A.* |

Daniel M. Rosenberg & Associates, LLC

Daniel M. Rosenberg, Esquire
*Co-Counsel for Plaintiff*

Dated: May 3, 2016