```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| RICHARD STANHOPE, | |
| Plaintiff, | 1:16-cv-02040-NLH-JS |
| v. | **ORDER** |
| BANK OF AMERICA, N.A., DEBORAH CARTER FRAKE, HARRY FRAKE, III, | |
| Defendants. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___9th___ day of ___November___, 2016

ORDERED that plaintiff's First MOTION for Default Judgment as to Defendants Harry Frake, III and Deborah Carter Frake for their Failure to Answer the Complaint [12] be, and the same hereby is, GRANTED.

At Camden, New Jersey

                                            s/ Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.