**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

RICHARD STANHOPE,

               Plaintiff,

    v.

BANK OF AMERICA, N.A.,
DEBORAH CARTER FRAKE, HARRY
FRAKE III,

               Defendants.

---

1:16-cv-02040-NLH-JS

**JUDGMENT**

IT IS on this   9th   day of   November  , 2016

ORDERED that JUDGMENT shall be entered in favor of plaintiff, Richard Stanhope, and against defendants Deborah Carter Frake and Harry Frake III, jointly and severally, as follows:

    Compensatory damages in the amount of $310,178.62, and

    Punitive damages in the amount of $90,000.00, for a

    Total judgment of **$400,178.62.**

                                s/ Noel L. Hillman

At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.